IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **GOVERNMENT** |
| ) | **EXHIBIT LIST** |
| KULBIR KAUR, ) | |
| also known as "LOVELY," ) | Criminal No. 3:23-cr-092-REP |
| ) | |
| and ) | |
| ) | |
| HARMANPREET SINGH, ) | |
| ) | |
| Defendants. ) | |

GOVERNMENT'S EXHIBIT LIST

| PRESIDING JUDGE | | | | | GOVERNMENT ATTORNEYS | DEFENDANTS' ATTORNEYS |
|---|---|---|---|---|---|---|
| The Honorable Robert E. Payne | | | | | Avi Panth, AUSA<br>Petter Duffey, AUSA<br>Matthew Thiman, Trial Attorney | Ali Amirshahi<br>Gregory Sheldon<br>Atchuthan Sriskandahrajah<br>Matthew Greene |
| TRIAL DATE | | | | | COURT REPORTER | COURTROOM DEPUTY |
| January 8, 2024 | | | | | Tracy Stroh | Kathy Hancock/Nikki Brown |
| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 1 | | | | | Stipulations | |
| 1A | | | | | Second Set of Stipulations | |
| 2 | | | | | Bhupinder Singhs' Parents Property Papers | |
| 3 | | | | | Bhupinder Singh's Parent Consent Letter | |
| 4 | | | | | Bhupinder Singh Photo | |
| 5 | | | | | Bhupinder Singh's Passport and Visa | |
| 6 | | | | | Armaan VA Corp Virginia State Corporation Commission Records | |
| 7 | | | | | Sublease Agreement, dated June 9, 2017 | |
| 8 | | | | | Promissory Note, dated June 22, 2017 | |
| 9 | | | | | Lease Renewal, dated October 1, 2019 | |

| | | | | | |
|---|---|---|---|---|---|
| 10 | | | | | Western Union Records for Harmanpreet Singh and Kulbir Kaur |
| 11 | | | | | Fayad Law, P.C. Case File |
| 12 | | | | | Armaan VA Corp Virginia Employment Commission Records |
| 13 | | | | | Armaan VA Corp 941's for 2018-2021 |
| 14 | | | | | Pay Stubs for December 2020 for Harmanpreet Singh and Kulbir Kaur |
| 15 | | | | | Summary Chart – Lovely Market VEC and IRS Filings |
| 16 | | | | | Bhupinder Singh Sick Day Photo |
| 17 | | | | | 8731 Proctors Run Drive Photo |
| 18 | | | | | Lovely Market Store Photos |
| 19 | | | | | Lovely Market Daily Reports |
| 20 | | | | | 10107 Winston Park Place House Photo |
| 20A | | | | | 10107 Winston Park Place Office Photos |
| 20B | | | | | 10107 Winston Park Place Cash Photos |
| 20C | | | | | 10107 Winston Park Place Bathroom Photos |
| 20D | | | | | 10107 Winston Park Place Dresser Photo |
| 21A | | | | | Attorney Letter from 10107 Winston Park Place |
| 21B | | | | | Handwritten Pay Stubs |
| 21C | | | | | Letter |
| 21D | | | | | Marriage Certificate for Bhupinder Singh and Kulbir Kaur |
| 21E | | | | | Bhupinder Singh's Notepad |
| 21F | | | | | Bhupinder Singh's Immigration Documents |
| 22 | | | | | Ruger .357 Magnum Handgun, Serial Number 578-22917 |
| 22A | | | | | Photo of Ruger .357 Magnum Handgun |
| 23 | | | | | Bhupinder Singh and Harmanpreet Singh Chat Messages (Original) |
| 23A | | | | | Bhupinder Singh and Harmanpreet Singh Chat Messages (Translated) |
| 23B | | | | | Bhupinder Singh and Harmanpreet Singh Chat Message Photos |
| 24 | | | | | Bhupinder Singh and Kulbir Kaur Chat Messages (Original) |
| 24A | | | | | Bhupinder Singh and Kulbir Kaur Chat Messages (Translated) |
| 25 | | | | | Lovely Market Store Chats Between Bhupinder Singh, Harmanpreet Singh, and Kulbir Kaur (Original) |
| 25A | | | | | Lovely Market Store Chats Between Bhupinder Singh, Harmenpreet Singh, and Kulbir Kaur (Translated) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 25B | | | | | | Lovely Market Store Chat Photos |
| 26 | | | | | | Facebook Messenger Chats Between Bhupinder Singh and Harmanpreet Singh (harmanpreetlalia) (Original) |
| 26A | | | | | | Facebook Messenger Chats Between Bhupinder Singh and Harmanpreet Singh (harmanpreetlalia) (Translated) |
| 27 | | | | | | Preliminary Device Report – Apple iPhone for Kulbir Kaur |
| 28 | | | | | | Preliminary Device Report – Apple iPhone for Harmanpreet Singh |
| 29 | | | | | | Store Gun Video Extraction Report – Apple iPhone |
| 30 | | | | | | Store Gun Video with Translations |
| 30A | | | | | | Store Gun Video Stills |
| 31 | | | | | | Store Surveillance Video Stills |
| 32 | | | | | | Cellebrite Extraction Report – Harmanpreet Singh iPhone |
| 32A | | | | | | Cellebrite Extraction Report Photos from Harmanpreet Singh iPhone |
| 33 | | | | | | Notebook from Lovely Market Store |
| 34 | | | | | | Cellebrite Extraction Report for Harmanpreet Singh – Apple iPhone |
| 34A | | | | | | Photo of Harmanpreet Singh with Ruger .357 Magnum Handgun |
| 35 | | | | | | Marriage Register Between Bhupinder Singh and Kulbir Kulbir |
| 36 | | | | | | Birthday Photo |
| 37 | | | | | | Photo of VCU Shirts |
| 38 | | | | | | Lovely Market Letter of Understanding for Krispy Krunchy Foods, LLC |
| 39 | | | | | | Lovely Market Proposals for Krispy Krunchy Foods, LLC |
| 40 | | | | | | Lovely Market Krispy Krunchy Store Visit Recaps February 1, 2018 – May 31, 2021 |
| 41A | | | | | | Email from Karen Wright to Lovely Lalia, Subject: Re: Lovely Market Trifold Menu Waiting on Approval VI-2721, dated September 12, 2018 |
| 41B | | | | | | Email from Karen Wright to Kristiansen, Ganser, Dennery, and Long, Subject: Recap, dated January 29, 2019 |
| 41C | | | | | | Email from Karen Wright to Dennery, Ganser, Kristiansen, and Long, Subject: Recap, dated January 5, 2019 |
| 42A | | | | | | Photo of the Patel's House |
| 42B | | | | | | Photos of the Patel's Bedroom |
| 43 | | | | | | Photo of Bhupinder Singh's Hand Injury |
| 44 | | | | | | Photo of Bhupinder Singh's Tooth |
| 45 | | | | | | Screenshots of Attempted Recovery of Bhupinder Singh's Account |

| | | | | | |
|---|---|---|---|---|---|
| 46 | | | | | Intentionally Left Blank |
| 47 | | | | | NIV Applicant Case Details for Bhupinder Singh |
| 48 | | | | | DoorDash Receipt, dated April 5, 2021 |
| 48A | | | | | Bank of America Bank Statement for Kusha Sharma, dated April 6-May 5, 2021 |
| 49 | | | | | DoorDash Receipt dated May 15, 2021 |
| 49A | | | | | Bank of America Bank Statement for Kusha Sharma, dated May 6-June 5, 2021 |
| 50 | | | | | SNAP Application for Kulbir Kaur, dated October 22, 2019 |
| 51A | | | | | Sam's Club Statement for Kulbir Kaur, Account Ending in 6933, dated June 19, 2018 |
| 51B | | | | | Sam's Club Statement for Kulbir Kaur, Account Ending in 6933, dated April 19, 2018 |
| 52A | | | | | Reco Biotechnology Invoice, dated June 15, 2018 |
| 52B | | | | | Reco Biotechnology Invoice, dated July 31, 2018 |
| 53 | | | | | American Express Statement for Kulbir Kaur, Account Ending in 3009, dated June 26, 2018 |
| 54 | | | | | Baird Petroleum Construction, LLC Invoice, dated September 17, 2018 |
| 55A | | | | | Harmanpreet Singh's December 14, 2021 Interview - Clip #1 |
| 55B | | | | | Harmanpreet Singh's December 14, 2021 Interview - Clip #2 |
| 55C | | | | | Harmanpreet Singh's December 14, 2021 Interview - Clip #3 |
| 55D | | | | | Harmanpreet Singh's December 14, 2021 Interview - Clip #4 |
| 55E | | | | | Harmanpreet Singh's December 14, 2021 Interview - Clip #5 |
| 55F | | | | | Harmanpreet Singh's December 14, 2021 Interview - Clip #6 |
| 55G | | | | | Harmanpreet Singh's December 14, 2021 Interview - Clip #7 |
| 56 | | | | | Extraction Report #1 for Kulbir Kaur's Computer |
| 56A | | | | | Unsigned Letter #1 from Kulbir Kaur's Computer |
| 56B | | | | | Unsigned Letter #2 from Kulbir Kaur's Computer |
| 56C | | | | | Blank Employee Pay Stub from Kulbir Kaur's Computer |
| 57 | | | | | Extraction Report #2 from Kulbir Kaur's Computer |
| 57A | | | | | Kulbir Kaur 2020 Tax Return from Kaur's Computer |

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>UNITED STATES ATTORNEY | KRISTEN M. CLARKE<br>ASSISTANT ATTORNEY GENERAL |
| By:    /s/<br>   Avi Panth<br>   Virginia Bar No. 92450<br>   Peter S. Duffey<br>   Virginia Bar No. 39477<br>   Assistant United States Attorneys<br>   United States Attorney's Office<br>   919 East Main Street, Suite 1900<br>   Richmond, Virginia 23219<br>   Phone: (804) 819-5400<br>   Fax: (804) 771-2316<br>   Email: Avishek.Panth@usdoj.gov<br>   Email: Peter.S.Duffey@usdoj.gov | By:    /s/<br>   Matthew Thiman<br>   New York Bar No. 5494554<br>   Trial Attorney<br>   Civil Rights Division<br>   United States Department of Justice<br>   950 Pennsylvania Avenue NW<br>   Washington, D.C. 20004<br>   Phone: (202) 514-3204<br>   Email: Matthew.Thiman@usdoj.gov |