IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 3:23-cr-00092 |
| v. | ) |
| | ) |
| HARMANPREET SINGH, | ) |
| | ) |
| Defendant. | ) |

## VERDICT FORM

### COUNT ONE
(Conspiracy to Commit Forced Labor)

We, the jury, unanimously find the defendant, HARMANPREET SINGH,

___GUILTY___ as charged in Count One of the Indictment.
(Guilty or Not Guilty)

### COUNT TWO
(Forced Labor)

We, the jury, unanimously find the defendant, HARMANPREET SINGH,

___GUILTY___ as charged in Count Two of the Indictment.
(Guilty or Not Guilty)

### COUNT THREE
(Harboring an Alien for Financial Gain)

We, the jury, unanimously find the defendant, HARMANPREET SINGH,

___GUILTY___ as charged in Count Three of the Indictment.
(Guilty or Not Guilty)

## COUNT FOUR
(Document Servitude)

We, the jury, unanimously find the defendant, HARMANPREET SINGH,

__GUILTY__ as charged in Count Four of the Indictment.
(Guilty or Not Guilty)

## COUNT FIVE
(Unlawful Conduct with Respect to Immigration Documents)

We, the jury, unanimously find the defendant, HARMANPREET SINGH,

__GUILTY__ as charged in Count Five of the Indictment.
(Guilty or Not Guilty)

So, Say We All, this 19th day of Jan., 2024

_____
FOREPERSON

2