IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                      Criminal No. 3:23cr92-01
                                                              -02
KULBIR KAUR and
HARMANPREET SINGH

**ORDER**

For the reasons set forth on the record on January 19, 2024, it is hereby ORDERED that the defendants request to file motion(s) pursuant to 18 U.S.C. §§ 3142, 3143 and 3145(c) is granted and briefing shall occur on the following schedule:

(1)  The defendants shall file their motions by 5:00 p.m. January 23, 2024; and

(2)  The United States shall file its response(s) by 12:00 noon, January 25, 2024; and

(3) Any victim impact statements shall be filed by 12:00 noon, January 25, 2024; and

(4)  The defendants shall file their replies by 5:00 p.m. January 26, 2024; and

(5) Oral argument shall be held at 1:30 p.m. January 30, 2024; and any victim impact testimony pertaining to the motions shall be heard at that time.

It is so ORDERED.

/s/ RsP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 19, 2024